IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CAROLINE L. KIRK, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | NO.  4:25-CV-01209-MJT-ZJH |
| v. | § | |
| | § | |
| SHERMAN POLICE DEPARTMENT, | § | JUDGE MICHAEL TRUNCALE |
| GRAYSON COUNTY JAIL, GRAYSON | § | |
| COUNTY SHERIFF'S DEPARTMENT, | § | |
| ONE PUBLIC DEFENDER, | § | |
| | § | |
| *Defendants.* | § | |

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On October 24, 2025, the Court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge for pretrial management.  Dkt. 2.  On December 8, 2025, Judge Hawthorn issued a *Report and Recommendation* [Dkt. 5], which recommended dismissing *pro se* Plaintiff Caroline Kirk's ("Kirk") case for want of prosecution.[1]

A party who files timely written objections to a magistrate judge's report and recommendation is entitled to a *de novo* determination of those findings or recommendations to which the party specifically objects.  28 U.S.C. § 636(b)(l)(c); Fed. R. Civ. P. 72(b)(2)–(3).  On December 23, 2025, Kirk filed a *Motion to Proceed in forma pauperis* [Dkt. 5] and *Objections* to Judge Hawthorn's report [Dkt. 6].[2]  The Court has reviewed Judge Hawthorn's *Report and*

---

[1] Following Kirk's *Complaint* [Dkt. 1], Judge Hawthorn entered an *Order* [Dkt. 3] that she either pay the $402.00 filing fee or file a *Motion for Leave to Proceed in forma pauperis*.  Kirk failed to comply with the *Order* [Dkt. 3], as she failed to pay the filing fee or complete the *Motion for Leave to Proceed in forma pauperis*.

*Recommendation* [Dkt. 4], Kirk's *Motion to Proceed in forma pauperis* [Dkt. 5] and her *Objections*

[Dkt. 6], and it holds that Judge Hawthorn's findings and conclusions of law are correct.

It is, therefore, ORDERED that Judge Hawthorn's *Report and Recommendation* [Dkt. 4]

is ADOPTED.  Kirk's *Motion to Proceed in forma pauperis* [Dkt. 5] is DENIED.

Accordingly, Kirk shall have fourteen (14) days from receipt of this order to pay the filing

fee to the clerk of court.  Failure to do so will result in the entry of a Final Judgment.

**SIGNED this 5th day of January, 2026.**

Michael J. Truncale
United States District Judge

---

[2]  In Kirk's *Motion for Leave to Proceed in forma pauperis* [Dkt. 5], she does not demonstrate that she is unable to pay the standard filing fee.  Her *Motion* [Dkt. 5] lists that she has $4,100 in a bank account, which is sufficient to pay the $402.00 filing fee.